IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO QUINTERO,<br><br>Defendant. | Case No. 2:23-cr-00072-GW<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

    On August 27, 2024, Defendant Gilberto Quintero made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on August 8, 2023. The Federal Public Defender's Office, by DFPD Adam Olin, was appointed to represent Defendant. The government was represented by Assistant U.S. Attorney Matt Coe-Odess. The defense submitted on the recommendation of Pretrial Services.

    Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

The allegations in the Petition, including that Mr. Quintero absconded from supervision in July 2023 and was thereafter not in communication with his Probation Officer—in violation both of his conditions of supervised release and the conditions on which he was released after an initial Petition was filed.

B. ☐ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

*Given the finding with respect to non-appearance, the Court declines to make any finding with respect to danger to the community.*

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 27, 2024

/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE